UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/3/2021

UNITED STATES OF AMERICA,

v.

RODRIGUEZ-DIAZ, et al,

Defendant.

No. 21-CR-246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An Arraignment/Initial conference is scheduled for Thursday May 6, 2021

at 9:00 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:    May 3, 2021
          New York, New York

Ronnie Abrams
United States District Judge