```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ADRIANO RODRIGUEZ-DIAZ and
IRONELLYS PAULINO-NOLASCO,

Defendants.

No. 21-CR-246 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The parties shall be prepared to try this case on January 31, 2022. Although the Court will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time (assuming there is still a need for one).

In accordance with this Court's Individual Rules & Practices in Criminal Cases, *in limine* motions shall be filed no later than January 17, 2022, and responses, along with proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than January 21, 2022. A final pretrial conference is scheduled for January 27, 2022 at 3:00 p.m.

Time is excluded until January 31, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   September 27, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge