UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :        **ORDER**
                                          :
Adriano Rodriguez-Diaz                    :
                                          :        21 Cr. 246 (RA)
                                          :        Docket #
------------------------------------------x


<u>  Ronnie Abrams            </u>, **DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>Margaret Shalley                    </u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u>March 10, 2022    </u>.


                        **SO ORDERED**.

                        _____
                        **UNITED STATES DISTRICT JUDGE**


March 10, 2022
**Dated:   New York, New York**