USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADRIANO RODRIGUEZ-DIAZ,

Defendant.

No. 21-CR-246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

   The parties shall be prepared to try this case on November 14, 2022.

In accordance with this Court's Individual Rules & Practices in Criminal Cases, *in limine* motions shall be filed no later than October 26, 2022, and responses, along with proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than November 2, 2022. A final pretrial conference is scheduled for November 9, 2022 at 3:00 p.m.

Time is excluded until November 14, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    March 10, 2022
               New York, New York

                                            Ronnie Abrams
                                            United States District Judge