| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES OF AMERICA,

v.

ADRIANO RODRIGUEZ-DIAZ,

                            Defendant.

No. 21-CR-246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Yesterday, Defendant Adriano Rodriguez-Diaz sought permission to submit, under seal, a supplemental sentencing letter. Consistent with Second Circuit law, however, that request is denied. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006); *see also United States v. Johnson*, No. 16-cr-457-1 (NGG), 2018 WL 1611371 (E.D.N.Y. Apr. 3, 2018). No later than January 13, 2023, Defendant shall refile his submission on the public docket with redactions consistent with this District's Electronic Case Filing Rules and Instructions and this Court's Individual Rules and Practices in Criminal Cases, which only permit the redaction, without prior approval, of certain "sensitive information" in six categories of material. If Defendant seeks to make additional redactions, or to file the entire submission under seal, he shall so advise the Court by letter no later than January 13, 2023, and explain why his request is consistent with the strong presumption in favor of public access to judicial documents, as articulated in the above-cited cases.

SO ORDERED.

Dated:   January 11, 2023
          New York, New York

                                                                Hon. Ronnie Abrams
                                                                United States District Judge