USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ADRIANO RODRIGUEZ-DIAZ,

            Defendant.

No. 21-CR-246 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the Government's supplemental sentencing letter dated December 21, 2022, as well as Defendant's response. In his response, Defendant asserts that there are "materially disputed facts" regarding the enhancement the Government seeks pursuant to U.S.S.G. § 3C1.1. No later than January 13, 2023, the parties shall submit a joint letter advising the Court whether there is additional testimony they are seeking to introduce on this issue, and/or whether an additional evidentiary hearing is otherwise necessary.

SO ORDERED.

Dated:    January 11, 2023
               New York, New York

_____
Hon. Ronnie Abrams
United States District Judge