USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADRIANO RODRIGUEZ-DIAZ,

                Defendant.

No. 21-CR-246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 11, 2023, the Court ordered Defendant to refile his supplemental sentencing letter on the public docket with redactions consistent with this District's Electronic Case Filing Rules and Instructions and this Court's Individual Rules and Practices in Criminal Cases. The redacted version filed by Defendant does not comply with those rules. As Defendant seeks to make redactions beyond those permitted without prior approval, he shall submit a letter to the Court no later than January 16, 2023, explaining why such redactions are consistent with the strong presumption in favor of public access to judicial documents as articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

Dated:   January 13, 2023
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge