UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 21-CR-246 (RA) |
| ADRIANO RODRIGUEZ-DIAZ, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On January 28, 2025, the Court denied the defendant's application for a sentencing reduction pursuant to Amendment 821. *See* ECF No. 164. The Clerk of Court is respectfully directed to mail a copy of the Order at ECF No. 164, as well as this Order, to the defendant.

SO ORDERED.

Dated:   January 29, 2025
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge